# EXHIBIT A

Case 6:14-cv-00693-CEH-TBS Document 1-1 Page 10

US00D446676B1

# (12) United States Design Patent
## Mayes

(10) Patent No.: **US D446,676 S**
(45) Date of Patent: ** **Aug. 21, 2001**

(54) FOLDING WEDGE PILLOW

(76) Inventor: **William F. Mayes**, 5535 W. Idlewood La., NW., Atlanta, GA (US) 30327

(**) Term: 14 Years

(21) Appl. No.: 29/129,547

(22) Filed: **Sep. 18, 2000**

(51) LOC (7) Cl. .................................................. 06-09
(52) U.S. Cl. .................................................. D6/601
(58) Field of Search ........................... D6/595, 596, 604, D6/601; 5/630, 631–633, 636, 637, 652–654, 655.3, 655.9, 930, 907

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 318,392 | * 7/1991 | Edelson | D6/601 |
| D. 376,945 | * 12/1996 | Bonaddio et al. | D6/596 |
| D. 439,100 | * 3/2001 | Owaku | D6/601 |
| 4,193,150 | * 3/1980 | Vineberg | 5/632 |
| 6,230,350 | * 5/2001 | Goldstein | 5/638 |

* cited by examiner

Primary Examiner—Janice E. Seeger
(74) Attorney, Agent, or Firm—Harry I. Leon

(57) **CLAIM**

The ornamental design for a folding wedge pillow, as shown and described.

### DESCRIPTION

FIG. 1 is a top perspective view of the folding wedge pillow of this invention shown in unfolded position;
FIG. 2 is a top perspective view of the folding wedge pillow according to FIG. 1 shown in folded position;
FIG. 3 is a side view of the pillow in the unfolded position;
FIG. 4 is a side view of the pillow in the folded position;
FIG. 5 is a rear elevational view of the pillow in unfolded position;
FIG. 6 is a rear elevational view of the pillow in folded position;
FIG. 7 is a front elevational view of the pillow in unfolded position;
FIG. 8 is a front elevational view of the pillow in folded position; and,
FIG. 9 is a bottom plan view of the pillow in the unfolded position.

**1 Claim, 3 Drawing Sheets**





**Fig. 1**



**Fig. 2**



Fig. 3



Fig. 4



Fig. 5



Fig. 6

**U.S. Patent**     Aug. 21, 2001     Sheet 3 of 3     **US D446,676 S**



**Fig. 7**



**Fig. 8**



**Fig. 9**

# EXHIBIT B

---

**Requester Details**
==================================================================================
(reporting as agent)
Adele Camens
MedSlant LLC
5525 W Idlewood Ln NW
Atlanta GA, 30327
United States
acamens@medslant.com
404-255-9840

(Contact for Sellers)
Adele Camens
acamens@medslant.com

**ASINs Details**
==================================================================================
ASIN: B0057W1438 (Essential Medical Supply Folding Bed Wedge, 12 Inch)
(http://www.amazon.com/gp/product/B0057W1438)
Submission: amazon.com on Thu, 03 Apr 2014 17:13:15 GMT
Reason: Designright on Product
Brand Infringed: MedSlant
Requester Comments: We have been selling our MedSlant patented folding wedge pillow since 2000. It carries US Patent # US D 446, 676 S. It is a design patent covering the fold of the wedge. We have been selling on Amazon since 2004, using FBA since March 2013 Sellers Involved: Michele Clark (id: 1), INDEPENDENT LIVING SUPPLIES LLC (id: 967821356), UnbeatableSale, Inc (id: 1509282310), New Road Health Supply (id: 6457700115)